UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C23-58-DGE-MLP

REPORT AND RECOMMENDATION

Petitioner John Demos has filed a proposed 28 U.S.C. § 2254 habeas petition. (Dkt. # 1.) Mr. Demos' petition appears to assert that his lack of indictment by a grand jury with regard to a 1974 conviction from the Yakima County Superior Court makes his conviction constitutionally infirm. (*Id.* at 1, 4.) However, Mr. Demos did not submit with his materials the requisite filing fee for this action. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

REPORT AND RECOMMENDATION - 1

As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 3, 2023**.

The Clerk is directed to send copies of this Report and Recommendation to Petitioner and to the Honorable David G. Estudillo.

Dated this 12th day of January, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2