UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>  Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>  Respondent. | Case No. 2:23-cv-00058-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 2) |

Having reviewed the Report and Recommendation (Dkt. No. 2) of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997). The Court further adds in response to Plaintiff's objections (*see* Dkt. No. 3 at 2) that the Court in *In re Demos*, 500 U.S. 16 (1991) did not hold that Plaintiff had an unqualified right to file writs of habeas corpus *in forma pauperis* in this, or any other judicial forum. *See id.* at 17. Indeed, the Court warned Plaintiff against abusing the system.

ORDER ADOPTING REPORT AND
RECOMMENDATION (DKT. NO. 2) - 1

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 28th day of February, 2023

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION (DKT. NO. 2) - 2